■ In the Matter of the Arbitration between Erie County Sheriff's Police Benevolent Association, Inc., Respondent-Appellant, and County of Erie et al., Petitioners-Respondents. [750 NYS2d 544] —Appeal from an order of Supreme Court, Erie

County (Sconiers, J.), entered February 22, 2002, which denied the petition seeking to vacate an arbitrator's award and granted the cross petition seeking to confirm the award.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Supreme Court properly denied the petition seeking to vacate the arbitrator's award and granted the cross petition seeking to confirm the award. Petitioner did not meet its "heavy burden of demonstrating that the arbitrator's award is 'violative of a strong public policy * * * [or] totally irrational or clearly exceeds a specifically enumerated limitation on the arbitrator's power'" (*Matter of Obot [New York State Dept. of Correctional Servs.]*, 224 AD2d 1006, 1006, *affd* 89 NY2d 883, quoting *Matter of Town of Callicoon [Civil Serv. Empls. Assn., Town of Callicoon Unit]*, 70 NY2d 907, 909; *see Matter of County of Steuben [Civil Serv. Employees' Assn., Local 1000, AFSCME AFL-CIO]*, 292 AD2d 810, 811, *lv denied* 98 NY2d 606). Present—Wisner, J.P., Hurlbutt, Scudder, Gorski and Lawton, JJ.